CENTER FOR DISABILITY ACCESS
Claire Cylkowski, Esq., SBN 335352
Bree LeAnne Durso, Esq., SBN 307198
Aaina Duggal, Esq., SBN 333681
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
Email: aainad@potterhandy.com

Attorneys for Plaintiff

LEWIS BRISBOIS BISGAARD & SMITH LLP
Shane Singh, Esq., SBN 202733
Grace E. Mehta, Esq., SBN 327676
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
916.564.5400; 916.564.5444
Shane.Singh@lewisbrisbois.com
Grace.Mehta@lewisbrisbois.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**,<br><br>    Plaintiff,<br>  v.<br><br>**KBR Enterprises, Inc.,** a California Corporation,<br><br>    Defendants. | Case: 4:21-cv-01276-KAW<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

1

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action that Plaintiff's Americans with Disabilities Act claim may be dismissed, with prejudice. The parties further stipulate that Plaintiff's Unruh Civil Rights Act claim may be dismissed, without prejudice; each party to bear his/her/its own attorneys' fees and costs.

Dated: November 23, 2022            CENTER FOR DISABILITY ACCESS

By: */s/ Aaina Duggal*
Aaina Duggal, Esq.
Attorney for Plaintiff

Dated: November 23, 2022            LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Grace Mehta*
Grace Mehta, Esq.
Attorney for Defendant